UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:24-cv-80593-LEIBOWITZ/MCCABE

**BRANDON FAYE** *individually and on behalf of all those similarly situated*,

    *Plaintiff*,

v.

**DOCTORS SCIENTIFC ORGANICA, LLC**
**d/b/a SMART FOR LIFE**,

    *Defendant*.

_____/

## ORDER

**THIS CAUSE** is before the Court upon a *sua sponte* examination of the record. This Court's Scheduling Order [ECF No. 24] required the parties to select a mediator; schedule a time, date, and place for mediation; and jointly file a proposed order in the form specified on the Court's website, http://www.flsd.uscourts.gov. **no later than October 3, 2024**. To date, there is no indication on the docket that the parties have done so and are in violation of this Court's Scheduling Order.

It is therefore **ORDERED AND ADJUDGED** that on or before **November 1, 2024**, the parties shall comply with this Court's Scheduling Order.

**DONE AND ORDERED** in the Southern District of Florida on October 17, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record